**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MORAN FOODS, LLC d/b/a <br> SAVE-A-LOT, LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> SUNSHINE STORES LLC, *et al.*, <br><br> DEFENDANTS. | CASE NO. 2:24-cv-04080 <br><br> JUDGE ALGENON L. MARBLEY |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

Please take notice that Damion M. Clifford and Michael L. Dillard, Jr. of Arnold & Clifford LLP hereby enter an appearance on behalf of Defendants Sunshine Stores LLC and Muhammad Babar Chaudhry in this matter. Counsel for Defendants that have already appeared in this matter shall remain counsel of record.

               Respectfully submitted,

               */s/ Damion M. Clifford*
               Damion M. Clifford (0077777)
               Michael L. Dillard, Jr. (0083907)

               ARNOLD & CLIFFORD LLP
               115 W. Main Street, Suite 400
               Columbus, Ohio 43215
               Tel:  614.460.1600
               Fax:  614.469.1134
               dclifford@arnlaw.com
               mdillard@arnlaw.com

               *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed this 4th day of March, 2025 using the Clerk of Court's electronic filing system, which by its operation will send and serve notice of this filing to all parties that have entered an appearance in this matter.

*/s/ Damion M. Clifford*
Damion M. Clifford