UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MORAN FOODS, LLC,** *d/b/a Save-A-Lot Ltd.*

    **Plaintiff,**

v.

**SUNSHINE STORES, LLC,** *et al.*,

    **Defendants.**

**Civil Action 2:24-cv-4080**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On February 17, 2025, Defendants filed a Suggestion for a Stay (ECF No. 41), seeking to stay this action during the pendency of the state-court ordered receivership. All parties orally consented to the stay during the March 4, 2025 conference with the Court. Accordingly, Defendants' Motion is **GRANTED** (ECF No. 41), and this action is **STAYED** pending termination of the state-court ordered receivership. Within 14 days of the state court issuing an order terminating the receivership, the parties are **ORDERED** to confer and submit a new Rule 26(f) Report. In addition, the parties are **ORDERED** to confer and file a written status report **SEPTEMBER 4, 2025**, if they have not filed a new Rule 26(f) Report in the interim.

    IT IS SO ORDERED.

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE